UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSEPH J. COYER and JANET M. COYER,

       Plaintiffs,                          Case Number 10-14339-BC

v.                                            Hon. Thomas L. Ludington
                                                Magistrate Judge Charles E. Binder

HSBC MORTGAGE SERVICES,

       Defendant.
_____/

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE FOR
GENERAL CASE MANAGEMENT IN *PRO SE* LITIGANT'S CASE**

The Court has reviewed the file in this matter, including the papers filed by the plaintiffs who have appeared *pro se*. The Court finds that the just and inexpensive determination of this action, *see* Fed. R. Civ. P. 1, would best be served by referring the matter to the Magistrate Judge for general case management in accordance with the authority conferred in 28 U.S.C. § 636(b).

Accordingly, it is **ORDERED** that this case is referred to United States Magistrate Judge Charles E. Binder for the following purposes:

    A.    Hearing and determination of any pretrial matter, including, but not limited to:

         i)    the determination of *in forma pauperis* status, as appropriate;
         ii)    matters relating to the service of process,
         iii)    matters relating to the clarification of pleadings,
         iv)    matters related to the review of *in forma pauperis* cases provided for in 28 U.S.C. §1915(e)(2);
         v)    disputes concerning discovery, and
         vi)    other duties as designated in 28 U.S.C. § 636(b)(1)(A).

    B.    Organizing and implementing a discovery schedule, motion deadlines and any other case management procedures which in his judgment are needed, and

    C.    Submitting reports and recommendations as may be necessary and other duties as designated in 28 U.S.C. § 636(b)(1)(B).

It is further **ORDERED** that the Magistrate Judge shall inform the parties of their rights and options to consent to the Magistrate Judge conducting all proceedings, including trial, under 28 U.S.C. § 636(c). The Magistrate Judge shall inform the parties that they are free to withhold consent without adverse substantive consequences. *See* 28 U.S.C. § 636(c)(2).

It is further **ORDERED** that, in the event the parties withhold consent under 28 U.S.C. § 636(c), upon completion of all pretrial proceedings as set forth herein (including the issuance of a Report and Recommendation on dispositive motions, if any are filed), the Magistrate Judge shall certify in writing to the Court that the matter is ready for trial, if such is the case.

s/Thomas L. Ludington  
THOMAS L. LUDINGTON  
United States District Judge

Dated: November 3, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 3, 2010.

s/Tracy A. Jacobs  
TRACY A. JACOBS

---