UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSEPH J. and JANET M. COYER,

        Plaintiffs,

v.

HSBC MORTGAGE SERVICES,

        Defendant.

Case No. 10-cv-14339

Hon. Thomas L. Ludington
Magistrate Judge Charles E. Binder

| Joseph J. Coyer | DICKINSON WRIGHT PLLC |
|---|---|
| Janet M. Coyer | Francis R. Ortiz (P31911) |
| Plaintiffs *pro se* | Jennifer L. Newby (P68891) |
| 878 East Prevo Rd. | Attorneys for Defendant |
| Pinconning, Michigan 48650 | 500 Woodward Avenue, Suite 4000 |
| | Detroit, Michigan 48226 |
| | (313) 223-3500 |
| | fortiz@dickinsonwright.com |
| | jnewby@dickinsonwright.com |

## DEFENDANT HSBC MORTGAGE SERVICES' ANSWER AND AFFIRMATIVE DEFENSES

### ANSWER

Defendant HSBC Mortgage Services ("HSBC"), by and through its counsel Dickinson Wright PLLC, hereby states as follows for its Answer to Plaintiffs' Complaint, because Plaintiffs failed to comply with Fed.R.Civ.P. 10(b) and number their paragraphs, HSBC's response corresponds to the numbered lines appearing in Plaintiffs' Complaint:

### PARTIES

Line 21        HSBC does not have sufficient information to admit or deny the allegations in this paragraph and leaves Plaintiffs to their proofs.

Line 22        Admitted that HSBC maintains the address cited.

## STATEMENT OF CAUSE

Lines 24-26    Admitted that Plaintiffs entered into a mortgage for the property identified.

Lines 27-28    Denied.[1]

Lines 29-30    Denied.

Lines 31-32    Denied.

Line 33        Denied.

Lines 34-35    Denied.

Lines 36-39    Denied.

## IN BRIEF
(Non-factual Statement of Posture and Position)

Lines 42-56    These statements are not allegations but are instead Plaintiffs' musings regarding this action.  As such, no response from HSBC is required.  To the extent a response is required, HSBC denies any allegations of wrong-doing.

## CAREFULLY CRAFTED CRIMINAL CONNIVANCE
(General State of the Real Estate Industry)

Lines 59-162   These statements are not allegations but are instead Plaintiffs' musings regarding their perceived state of the real estate industry.  As such, no response from HSBC is required.  To the extent a response is required, HSBC denies any allegations of wrong-doing.

## PETITIONER WILL PROVE THE FOLLOWING

Lines 165-166        Denied to the extent the allegations relate to HSBC.

Lines 167-168        Denied to the extent the allegations relate to HSBC.

Lines 169-171        Denied to the extent the allegations relate to HSBC.

Lines 172-182        Denied to the extent the allegations relate to HSBC.

---

[1] Plaintiffs' Complaint refers to "Defendants" throughout, as HSBC is the only named Defendant, all of HSBC's responses are as to and on behalf of HSBC only.

Lines 183-185        Denied to the extent the allegations relate to HSBC.

Lines 186-187        Denied to the extent the allegations relate to HSBC.

Lines 188-190        Denied to the extent the allegations relate to HSBC.

Lines 191-192        Denied to the extent the allegations relate to HSBC.

Lines 193-197        Denied to the extent the allegations relate to HSBC.

Lines 198-199        Denied to the extent the allegations relate to HSBC.

Lines 200-202        Denied to the extent the allegations relate to HSBC.

## PETITIONER SEEKS REMEDY

Lines 204-209        HSBC denies that Plaintiffs are entitled to damages; declaratory relief; injunctive relief; or any other remedy.

## PETITIONER HAS BEEN HARMED

Line 211             Denied.

Lines 212-213        Denied.

Lines 214-215        Denied.

## STATEMENT OF CLAIM

**DEFENDANTS LACK STANDING**

**No Evidence of Contractual Obligation**

Lines 217-224        To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 225-233        To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

**No Proper Evidence of Agency**

Lines 234-242		To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

**Special Purpose Vehicle**

Lines 243-253		To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

**Criminal Conspiracy and Theft**

Lines 255-260		To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

**Agent Practiced Up-Selling**

Lines 261-272		To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

**Fraudulent Inducement**

Lines 273-275		To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

**Extra Profit on Sale of Predatory Loan Product**

Lines 276-279		To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

**Extra Commission for Late Payments**

Lines 280-286		To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

**Extra Income for Handling Foreclosure**

Lines 287-290		To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

**Credit Default Swap Gambling**

Lines 291-294       To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

**LENDER ATTEMPTING TO FRAUDULENTLY COLLECT ON VOID LIEN**

Lines 295-299       To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 300-302       To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 303-305       To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 306-308       To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 309-311       To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

**LENDER PROFIT BY CREDIT DEFAULT SWAP DERIVATIVES**

Lines 312-318       To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

**LENDER CHARGED FALSE FEES**

Lines 319-322       To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 323-324       To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 325-334    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 338-341    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

**RESPA PENALTY**

Lines 342-347    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 348-352    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 353-357    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 358-361    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 362-363    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 364-365    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

**LENDER CONSPIRED WITH APPRAISER**

Lines 366-371    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

**LENDER CONSPIRED WITH TRUSTEE**

Lines 372-375    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 376-380    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

**DECEPTIVE ADVERTISING AND OTHER UNFAIR BUSINESS PRACTICES**

Lines 381-387    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

**EQUITABLE TOLLING FOR TILA AND RESPA**

Lines 388-390    HSBC denies that equitable tolling applies in this case.

Lines 391-400    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 401-415    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 416-421    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

**BUSINESS PRACTICES CONCERNING DISREGARDING OF UNDERWRITING STANDARDS**

Lines 422-430    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 431-438    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 439-445    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 446-450    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 451-455        To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 456-460        To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 461-464        To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 465-468        To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 469-478        To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 479-485        To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 486-488        To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 489-493        To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 494-498        To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 499-501        To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

**UNJUST ENRICHMENT**

Lines 502-511        To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 512-514    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC. In further answer, HSBC denies that Plaintiffs are entitled to any relief from HSBC.

**CLAIM TO QUIET TITLE**

Lines 515-519    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 520-530    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

**SUFFICIENCY OF PLEADING**

Lines 531-537    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 538-546    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

**CAUSES OF ACTION**

**BREACH OF FIDUCIARY DUTY**

Lines 548-551    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 552-555    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 556-557    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 558-559    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

**CAUSES OF ACTION – NEGLIGENCE / NEGLIGENCE PER SE**

Lines 560-563      To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 564-568      To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 569-572      To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 573-576      To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 577-578      To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

**AGENT:  COMMON LAW FRAUD**

Lines 579-582      To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 583-585      To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 586-590      To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 591-593      To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 594-600      To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

**PETITIONER PROPERLY AVERRED A CLAIM FOR BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**

Lines 601-608     To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 609-613     To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 614-622     To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 623-637     To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

**CAUSE OF ACTION VIOLATION OF TRUTH IN LENDING ACT 15 U.S.C. § 1601 ET SEQ**

Lines 638-642     To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 643-645     To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

Lines 646-650     To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 651-653     To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 654-655     To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 656-657     To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 658-659    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.  In further answer, HSBC denies that Plaintiffs are entitled to any relief from HSBC.

Lines 660-662    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.  In further answer, HSBC denies that Plaintiffs are entitled to any relief from HSBC.

Lines 663-665    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.  In further answer, HSBC denies that Plaintiffs are entitled to any relief from HSBC.

WHEREFORE, Defendant HSBC respectfully requests that this Court dismiss Plaintiffs' Complaint in its entirety, deny the relief sought by Plaintiffs, and enter a judgment in favor of HSBC and against Plaintiffs, together with costs and attorney's fees.

Respectfully submitted,

DICKINSON WRIGHT PLLC


By: /s/ Jennifer L. Newby_____
     Frank R. Ortiz (P31911)
     Jennifer L. Newby (P68891)
Attorneys for HSBC Mortgage Services
500 Woodward Ave., Suite 4000
Detroit, Michigan  48226
(313) 223-3500
fortiz@dickinsonwright.com
jnewby@dickinsonwright.com

Dated:  November 18, 2010

## **AFFIRMATIVE DEFENSES**

Defendant HSBC Mortgage Services ("HSBC"), by and through its attorneys Dickinson Wright PLLC, hereby states as follows for its Affirmative Defenses to Plaintiffs' Complaint:

1. Plaintiffs' claims are barred because they fail to state a claim upon which relief can be granted.

2. Plaintiffs' claims are barred in whole or in part by the applicable statute of limitations and/or the doctrine of laches.

3. To the extent that Plaintiffs have suffered any damages, the same were the result of their own actions or the actions of others not under the control of HSBC.

4. Plaintiffs failed to join a necessary party(s).

5. Plaintiffs failed to plead fraud with the required particularity.

6. Plaintiffs claims are subject to an agreement to arbitrate.

7. HSBC reserves the right to amend its Affirmative Defenses as this case proceeds.

    Respectfully submitted,

    DICKINSON WRIGHT PLLC


    By: /s/ Jennifer L. Newby
        Frank R. Ortiz (P31911)
        Jennifer L. Newby (P68891)
    Attorneys for HSBC Mortgage Services
    500 Woodward Ave., Suite 4000
    Detroit, Michigan  48226
    (313) 223-3500
    fortiz@dickinsonwright.com
    jnewby@dickinsonwright.com

Dated:  November 18, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2010, I electronically filed the foregoing paper with the Clerk of the Court with the Eastern District of Michigan using the ECF system; which will send notification to all counsel of record by CM/ECF.  I also mailed by U.S. Postal Service the foregoing to the following non-ECF participant(s):

Joseph J. Coyer
Janet M. Coyer
878 East Prevo Road
Pinconning, MI  48650

/s/ Jennifer L. Newby
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan  48226
(313) 223-3500
jnewby@dickinsonwright.com

DETROIT 27528-208 1183054