UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSEPH J. and JANET M. COYER,

        Plaintiffs,

vs.

HSBC MORTGAGE SERVICES,

        Defendant.

_____/

CIVIL CASE NO: 10-14339

DISTRICT JUDGE THOMAS L. LUDINGTON
MAGISTRATE JUDGE CHARLES E. BINDER

## NOTICE REQUESTING RESPONSE

A Petition for Preliminary Injunction has been filed by the Plaintiffs in this matter. Pursuant to Rule 7.1(e)(1)(B) of the Local Rules of the United States District Court for the Eastern District of Michigan, a response, including a written brief, must be filed by Defendant on or before **December 13, 2010**.  If they choose, the Plaintiffs may file a reply on or before **December 30, 2010**.

Once the Court has reviewed the response and reply (if filed), a determination will be made as to the need for oral argument, and the parties will be notified of that decision.  Inquiries should be directed to the undersigned.

## CERTIFICATION

I hereby certify that this Notice was electronically filed this date, electronically served on Francis Ortiz and Jennifer Newby, and served by first class mail on Joseph and Janet Coyer, 878 E. Prevo Rd., Pinconning, MI, 48650-9470.

Date:  November 19, 2010        By___s/*Jean L. Broucek*_____
                                                   Case Manager to Magistrate Judge Binder
                                                   989-894-8821