UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSEPH J. and JANET M. COYER,

    Plaintiffs,                                    CASE NO: 10-14339

vs.                                          DISTRICT JUDGE THOMAS L. LUDINGTON
                                             MAGISTRATE JUDGE CHARLES E. BINDER

HSBC MORTGAGE SERVICES,

    Defendant.
_____/

**NOTICE HOLDING MOTION IN ABEYANCE**

On December 22, 2010, Defendant filed a Motion to Dismiss. The parties are hereby notified that the Court will hold this motion in abeyance pending a ruling on the Report And Recommendation which was filed December 8, 2010.

Upon issuance of an order by District Judge Ludington, a briefing schedule will be set for the Motion to Dismiss.

**CERTIFICATION**

I hereby certify that this Notice was electronically filed this date, electronically served on Francis Ortiz and Jennifer Newby, and served by first class mail on Joseph and Janet Coyer at 878 E. Prevo Rd., Lindwood, MI, 48650.

Date:  December 28, 2010                          By     s/*Jean L. Broucek*
                                                          Case Manager to Magistrate Judge Binder