Joseph J Coyer and
Janet M Coyer, H/W
878 East Prevo Road
Pinconning, MI 48650
*Filing pro-se, without an attorney*

F I L E D
MAY 12 2011
CLERK'S OFFICE
BAY CITY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| **Joseph J. Coyer** and<br>**Janet M. Coyer**, H/W<br>Plaintiffs,<br><br>v.<br><br>HSBC MORTGAGE SERVICES,<br>Defendant | Case #: **10-14339-BC**<br><br>Honorable Thomas L. Ludington<br><br>**PLAINTIFFS MOTION FOR<br>LEAVE TO FILE AMENDED COMPLAINT**<br><br>Dated: May 12, 2011 |

1. Plaintiffs hereby move the Court for leave to file their First Amended Complaint.

2. Plaintiffs have not conferred with Defendant on filing the Amended Complaint.

3. Plaintiffs respectfully request that this Court grant them leave. It is necessary for Plaintiffs to better represent their views and clarify their position in light of certain material distortions made by Defendant which seeks to deprive them of their Property by a foreclosure sale currently scheduled for **May 27, 2011**.

DATED:   May 12, 2011

Respectfully submitted,

*/s/ Joseph J. Coyer*
Joseph J. Coyer

*/s/ Janet M. Coyer*
Janet M. Coyer