4

Joseph J Coyer and
Janet M Coyer, H/W
878 East Prevo Road
Pinconning, MI 48650
*Filing pro-se, without an attorney*

FILED
MAY 19 2011
CLERK'S OFFICE
BAY CITY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **Joseph J. Coyer** and **Janet M. Coyer**, H/W, Plaintiffs, | ) | Case #: **10-14339-BC** |
| | ) | Honorable Thomas L. Ludington |
| v. | ) | |
| **HSBC MORTGAGE SERVICES**, Defendant | ) | **PLAINTIFFS REPLY TO OPPOSITION TO MOTION FOR LEAVE** |
| | ) | Dated: May 19, 2011 |

# PLAINTIFFS' REPLY TO HSBC'S OPPOSITION TO MOTION FOR LEAVE

---

**Joseph J. Coyer and Janet M. Coyer are before this court by special appearance without waiving any rights remedies or defenses, statutory or procedural.**

---

**COME NOW** Plaintiffs Joseph J. Coyer and Janet M. Coyer and hereby file a reply to Defendant's opposition to Plaintiffs' *Motion for Leave to File a Sur-reply.*

(1) Plaintiffs filed the instant action to stop Defendant from fraudulently foreclosing on the mortgage because Defendant lacks standing and entitlement to do so.

(2) Plaintiff's *Motion for Leave to File a Sur-reply* should be granted because it contains new evidence and arguments which Plaintiffs were not aware of at the time they filed their response to Defendant's *Motion to Dismiss.*

(3) Quoting from one of the cases in Defendant's Exhibit A, "where new evidence comes to light subsequent to all papers being filed, and after oral argument has passed, a

sur-reply is appropriate."[1]

(4) The Plaintiffs are introducing evidence and arguments as soon as they discover them. The arguments in the Sur-reply were not presented sooner simply because Plaintiffs were not aware of these arguments sooner.

(5) Plaintiffs are excited to learn about the tremendous amount of fraud that HSBC and its law firm are involved in. The more Plaintiffs investigate, the more fraud, concealment, and misrepresentation by HSBC and the law firm is discovered.

(6) In the last two days, Plaintiffs discovered the followings:

Plaintiffs would like to introduce into evidence this 60 Minutes program from CBS Television where HSBC is exposed as an entity which used robo-signers to provide fraudulent documents to justify its foreclosure proceedings against homeowners: http://www.cbsnews.com/video/watch/?id=7361572n

(7) In addition, Maria Vadney, which allegedly signed the *Assignment of Mortgage* from MERS to HSBC (Exhibit 8) , is on the "robo-signers list" located at http://www.scribd.com/doc/47314711/Updated-Robo-Signers-List-12-2010

(8) Maria Vadney, or certain individuals pretending to be Maria Vadney, signed as an officer of MERS and MANY LENDERS.

(9) Plaintiffs are confident that HSBC is involved in fraud and that certain HSBC documents were prepared in a fraudulent manner.

**WHEREFORE**, Plaintiffs move the court to grant their motion for leave and to sanction the law firm for its disregard for the truth, fraud, and attempt to cover-up material evidence and arguments by attempting to exclude them from the record.

DATED: May 19, 2011

Respectfully submitted,

Joseph J. Coyer

Janet M. Coyer

[1] CASE NO. 06-14907, 2009 U.S. Dist. LEXIS 47445.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

**Joseph J. Coyer** and **Janet M. Coyer**, H/W
Plaintiffs,

v.

**HSBC MORTGAGE SERVICES,**
Defendant

Case #: **10-14339-BC**

Honorable Thomas L. Ludington

**ORDER**

**ORDER**
**GRANTING PLAINTIFFS MOTION FOR LEAVE TO RESPOND TO DEFENDANT'S REPLY**

Having considered Plaintiffs' Motion for Leave, it is therefore:

ORDERED that Plaintiffs' Motion for Leave to respond to Defendant's Reply is hereby GRANTED.

ORDERED that Plaintiffs have until _______________, 2011 to file an Amended Complaint.

IT IS SO ORDERED.

DATED this ___ day of ________________.

_____________________________________________
JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent to the following by regular U.S. Mail, postage prepaid, on this 19th day of May, 2011:

Jennifer L. Newby, Esq.
Francis R. Ortiz, Esq.
**DICKINSON WRIGHT PLLC**
500 Woodward Avenue
Suite 4000
Detroit, Michigan 48226
*Attorneys for HSBC Mortgage Services*

Joseph J. Coyer