**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

JOSEPH J. and JANET M. COYER,

      CIVIL CASE NO: 10-14339

    Plaintiffs,

vs.                      DISTRICT JUDGE THOMAS L. LUDINGTON
                          MAGISTRATE JUDGE CHARLES E. BINDER

HSBC MORTGAGE SERVICES,

    Defendant.
_____/

**NOTICE REQUESTING RESPONSE**

    A Motion For Removal of Federal Common Law Lien has been filed by the Defendant in this matter. Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Eastern District of Michigan, a response, including a written brief, must be filed by Plaintiff on or before **JUNE 27, 2011**. If they choose, the Defendant may file a reply on or before **JULY 15, 2011**.

    No hearing will be held and the motion will be decided on the pleadings in accordance with E.D. Mich. LR 7.1(f)(2). Inquiries should be directed to the undersigned.

**CERTIFICATION**

    I hereby certify that this Notice was electronically filed this date, electronically served on Francis Ortiz and Jennifer Newby; and served by first class mail on Joseph and Janet Coyer, 878 E. Prevo Rd., Pinconning, MI, 48650-9470.

Date: June 9, 2011                By    s/*Jean L. Broucek*
                                            Case Manager to Magistrate Judge Binder
                                            989-894-8821