UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSEPH J. and JANET M. COYER,

                Plaintiffs,

Case No. 10-cv-14339

Hon. Thomas L. Ludington

v.

HSBC MORTGAGE SERVICES,

                Defendant.

---

| | |
|---|---|
| Joseph J. Coyer | DICKINSON WRIGHT PLLC |
| Janet M. Coyer | Francis R. Ortiz (P31911) |
| Plaintiffs *pro se* | Jennifer L. Newby (P68891) |
| 878 East Prevo Rd. | Aimee R. Gibbs (P70522) |
| Linwood, Michigan 48650 | *Attorneys for Defendant* |
| | 500 Woodward Avenue, Suite 4000 |
| | Detroit, Michigan 48226 |
| | (313) 223-3500 |
| | fortiz@dickinsonwright.com |
| | agibbs@dickinsonwright.com |

---

## **APPEARANCE AND NOTICE**

**TO:   CLERK OF THE COURT**

    Please enter the Appearance of Aimee R. Gibbs of Dickinson Wright, PLLC in the above-captioned action as counsel on behalf of Defendant HSBC Mortgage Services.

                By: /s/ Aimee R. Gibbs
                    Aimee R. Gibbs (P70522)
                    DICKINSON WRIGHT PLLC
                    *Attorneys for Defendant*
                    500 Woodward Avenue, Suite 4000
                    Detroit, MI   48226
                    (313) 223-3500
                    agibbs@dickinsonwright.com

Dated:  October 6, 2011

## NOTICE

TO:   **JOSEPH J. COYER**
      **JANET M. COYER**
      **Plaintiffs** *pro se*

    **PLEASE TAKE NOTICE** that I have entered my appearance in the above-entitled cause of action as counsel on behalf of Defendant HSBC Mortgage Services.

By: /s/ Aimee R. Gibbs
    Aimee R. Gibbs (P70522)
    DICKINSON WRIGHT PLLC
    *Attorneys for Defendant*
    500 Woodward Avenue, Suite 4000
    Detroit, MI   48226
    (313) 223-3500
    agibbs@dickinsonwright.com

Dated: October 6, 2011

## CERTIFICATE OF SERVICE

    I hereby certify that on October 6, 2011, I electronically filed the foregoing Appearance and Notice with the Clerk of the Court with the Eastern District of Michigan-Northern Division, using the ECF system and that I have mailed via U.S. Postal Service, the document to the following non-ECF participants:

        **JOSEPH J. COYER**
        **JANET M. COYER**
        **Plaintiffs** *pro se*
        **878 East Prevo Road**
        **Pinconning, MI   48650**

/s/ Aimee R. Gibbs (P70522)

DETROIT 27528-208 1222008v1