UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSEPH J. and JANET M. COYER,

          Plaintiffs,

v.

HSBC MORTGAGE SERVICES,

          Defendant.
_____/

Case No. 10-cv-14339

Hon. Thomas L. Ludington

## ORDER DISCHARGING COMMON LAW LIEN

This Court having reviewed Defendant HSBC Mortgage Services ("HSBC") Motion for Removal of Federal Common Law Lien filed by Plaintiffs and Plaintiffs response in opposition; and, having entered an Opinion and Order dated September 28, 2011 granting Defendant's motion to dismiss and granting in part and denying in part Defendant's motion for order to remove lien and enjoin Plaintiffs' from filing any further actions, and the Court being otherwise fully advised in the premises:

It is hereby **ORDERED** that the federal common law lien and notice of federal common law lien writ of attachment on real and personal property recorded by Joseph J. Coyer and Janet M. Coyer on May 19, 2011, in Liber 2804, Page 279, Bay County Records, in the amount of $75,355.34, covering the property located in Bay County, Michigan, and known as 878 East Prevo Road, Pinconning, Michigan 48650 owned by Joseph J. Coyer and Janet M. Coyer; and more specifically legally described as follows:

> Commencing at the Northeast corner of Section 29, Town 16 North, Range 4 East; thence West 1049.05 feet along the North Section line to the POINT OF BEGINNING: thence West 264.0 feet along the North Section

line to the East 1/8 line; thence South 0 degrees 10 minutes 30 seconds West 330.0 feet along the east 1/8 line; thence East 264.0 feet parallel to the North section line; thence North 0 degrees 10 minutes 30 seconds East 330.0 feet parallel to the East 1/8 line to the POINT OF BEGINNING.

is hereby released and discharged.

It is further **ORDERED** that this Court Order shall be certified and sealed and recorded in the Bay County Records.

This resolves the last pending issue and closes the case.


Dated: October 7, 2011                    /s Thomas L. Ludington
                                          THOMAS L. LUDINGTON
                                          United States District Judge

Drafted by and when recorded
return to:
Aimee R. Gibbs (P70522)
500 Woodward Avenue, Suite 4000
Detroit, MI  48226
(313) 223-3500

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 7, 2011.

Tracy A. Jacobs
TRACY A. JACOBS