UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSEPH J. COYER
JANET J. COYER,

       Plaintiffs,

                                    Case Number 10-14339
                                    Honorable Thomas L. Ludington

v.

HSBC MORTGAGE SERVICES,

       Defendant.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered on September 28, 2011,

It is **ORDERED AND ADJUDGED** that Defendant's motion to dismiss (ECF No. 25) is **GRANTED**.

It is further **ORDERED AND ADJUDGED** that Plaintiffs' complaint is **DISMISSED WITH PREJUDICE**.

                                            s/Thomas L. Ludington
                                            THOMAS L. LUDINGTON
                                            United States District Judge

Dated: October 18, 2011

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney record herein by electronic means and upon Joseph J. Coyer and Janet M. Coyer, of 878 East Prevo Road, Pnconning, Michigan 48650-9470 by first class U.S. mail on October 18, 2011.

                            s/Tracy A. Jacobs
                            TRACY A. JACOBS